# EXHIBIT A

**From:** "Pogozelski, Alexander (CRM)" <Alexander.Pogozelski@usdoj.gov>
**Date:** July 1, 2024 at 10:53:36 AM MDT
**To:** Mycki Ratzan <mycki@mratzanlaw.com>
**Cc:** Jude Faccidomo <Jude@rflawgroup.com>, lmartinez@vitalehealthlaw.com, "Clark, Christopher (USAFLS)" <Christopher.Clark@usdoj.gov>
**Subject: Practice Fusion**

Mycki –

Based on my call with Practice Fusion last week, the company should be able to provide access to Dr. Carpman's patient records through its live portal.  Tomorrow, we hope to solve any technical issues and put this issue to rest by proposing that both parties be granted such access for purposes of trial.  Assum that is good by you?

- Alex



**Alexander Thor Pogozelski**
**Trial Attorney**
United States Department of Justice
Criminal Division, Fraud Section
(202) 510-2208