UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20175-CR-DAMIAN

UNITED STATES OF AMERICA

vs.

DANIEL ALBERTO CARPMAN,

       **Defendant**.

_____/

**GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS**

      The United States of America, by and through the undersigned Assistant United States Attorney, requests that in addition to this Honorable Court's standard *voir dire* questions, the Court include the following questions:

EXPERIENCE WITH LAW ENFORCEMENT/GOVERNMENT

      1.  This case was investigated by the Federal Bureau of Investigation, the Drug Enforcement Administration, and the United States Department of Health and Human Services, Office of the Inspector General. Have you, or any member of your family or any of your close friends, to the best of your knowledge, had any experience with these agencies or any other law enforcement agency? Please describe any such experience and whether you have strong feelings (positive or negative) about any of them.

TESTIMONY OF ACCOMPLICES

      2.  In this case, the United States may present testimony of cooperating witnesses who are knowledgeable of the alleged crimes at trial. Such witnesses may hope to gain more favorable

treatment in his or her own case because of their cooperation with the Government. Is there anyone here who will not be able to fairly and impartially consider the testimony of cooperating witnesses with all other evidence? If not, why?

### EXPERIENCE IN HEALTH CARE

3. Have you, your direct relatives, or close friends worked in the health care industry? If yes, please describe (1) what field of health care; (2) what type of job; and (3) what you or they do as part of the job?

### EXPERIENCE WITH CONTROLLED SUBSTANCES

4. Have you, your relatives, or close friends ever taken oxycodone, Oxycontin, Percocet, and/or any other opioid? If so, what were the circumstances in which you have taken those drugs and what were their effects?

5. Is there anyone who has professional or personal experience dealing with people who suffer from drug addiction?

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/Christopher J. Clark
CHRISTOPHER J. CLARK
ASSISTANT U.S. ATTORNEY
Florida Bar No.0588040
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9167
Fax: (305) 536-5321

Christopher.Clark@usdoj.gov.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
ASSISTANT U.S. ATTORNEY