UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-20175-DAMIAN

UNITED STATES OF AMERICA

vs.

DANIEL ALBERTO CARPMAN,

Defendant.
_____/

## VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant **Daniel Alberto Carpman**:

**Count 1**: Conspiracy to unlawfully dispense or distribute a controlled substance (oxycodone)

✓
_____                                   _____
GUILTY                                                        NOT GUILTY

**Count 2**: Unlawfully dispensed or distributed 100 tablets of oxycodone 30mg to M.C. on or about May 8, 2020

✓
_____                                   _____
GUILTY                                                        NOT GUILTY

**Count 3**: Unlawfully dispensed or distributed 100 tablets of oxycodone 30mg to B.R. on or about May 8, 2020

✓
_____                                   _____
GUILTY                                                        NOT GUILTY

**Count 4**: Unlawfully dispensed or distributed 90 tablets of oxycodone 30mg to M.P. on or about October 13, 2020

✓
_____                                   _____
GUILTY                                                        NOT GUILTY

**Count 5**: Unlawfully dispensed or distributed 90 tablets of oxycodone 30mg to M.P. on or about January 21, 2021

_____✓_____                              _____
   **GUILTY**                                   **NOT GUILTY**

                              SO SAY WE ALL

                         ████████████████████
                         FOREPERSON'S PRINTED NAME
                         ████████████████████

                         Dated: __4/15/2025__